# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2205

_____

MICHAEL HARRY SARDER,

Petitioner,

v.

MAJOR JEFF CLOUTIER, Director,
Alachua County Department of
the Jail,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


August 1, 2018


PER CURIAM.

The petition for writ of habeas corpus is dismissed as moot.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Stacy A. Scott, Public Defender, and Rachael J. O'Brien, Assistant Public Defender, Gainesville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.